IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH JEAN TEAS, JR.**  **PLAINTIFF**
**#154312**

V.   NO. 4:21-cv-1177-LPR-ERE

**JASON LINGO,** *et al.*   **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by United States Magistrate Judge Edie R. Ervin.  Judge Ervin recommends that Plaintiff Kenneth Jean Teas, Jr.'s claims against Defendant Chad Wooly be dismissed without prejudice based on his failure to state a constitutional claim against Defendant Wooly.  Mr. Teas has not filed objections, and the time to do so has expired.  After a careful and *de novo* review of the record, the Court approves and adopts the Recommendation in all respects.

Accordingly, Mr. Teas' claims against Defendant Chad Wooly are DISMISSED without prejudice based on his failure to state a constitutional claim against Defendant Wooly. The Clerk is instructed to terminate Chad Wooly as a party Defendant.

IT IS SO ORDERED this 18th day of April, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE