# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENNETH JEAN TEAS, JR.**  **PLAINTIFF**
**#154312**

V.   NO. 4:21-cv-1177-ERE

**JASON LINGO,** *et al.*   **DEFENDANTS**

## ORDER

On November 30, 2022, Plaintiff Kenneth Jean Teas, Jr. filed a notice of change of address indicating that he has been released from custody and is currently residing at a private address. *Doc. 22*. In light of his release, it was unclear whether Mr. Teas is still entitled to proceed *in forma pauperis* (IFP).[1]

Therefore, on December 1, 2022, the Court directed the Clerk to mail Mr. Teas a free-world application to proceed *in forma pauperis* (IFP). *Doc. 23*. The Court directed Mr. Teas to complete the free-world IFP or pay the $402 filing fee within 30 days to proceed with this lawsuit.[2] The Court specifically cautioned Mr. Teas that, if he failed to timely comply with the Court's December 1, 2022 Order, this case would be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

To date, Mr. Teas has not returned a complete free-world IFP application, nor

---

[1] According to the Court's records, Mr. Teas has not paid any money toward the filing fee that the Court assessed in December 2021. *Doc. 3*.

[2] Because he has been released, Mr. Teas no longer qualifies for the reduced fee of $350.

has he paid the filing fee. The time for doing so has passed.

      IT IS THEREFORE ORDERED THAT:

      1.    Mr. Tea's complaint is DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's December 1, 2022 Order; and (2) prosecute this lawsuit.

      2.    The Clerk is ordered to close this case.

Dated this 5th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE